IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHRISTOPHER JOINER PETITIONER

v. CIVIL NO. 5:26-cv-05225

DEXTER PAYNE, Director
Arkansas Division of Correction RESPONDENT

**O R D E R**

Petitioner filed a petition under 28 U.S.C. § 2254 for a Writ of Habeas Corpus on September 3, 2026. (ECF No. 1). On the same date, Petitioner filed a Motion for Leave to Proceed *in forma pauperis* ("IFP"). (ECF No. 2). After review, it is found that Petitioner is unable to pay for the costs of commencement of this suit and, accordingly, Petitioner's motion for leave to proceed IFP is **GRANTED**. The Court has reviewed the Petition and finds that a response should be filed. However, Plaintiff has also listed the Washington County Detention Center as a Respondent. (ECF No. 1). The Washington County Detention Center is not a legal entity amenable to suit. *See Owens v. Scott Cnty. Jail*, 328 F.3d 1026, 1027 (8th Cir. 2003)

The Clerk of the Court is directed to serve, by certified mail, a copy of the Petition and supporting documents, as well as a copy of this Order, on the Respondent, Dexter Payne, Director of the Arkansas Division of Correction, and Tim Griffin, Attorney General of the State of Arkansas without prepayment of fees and cost or security therefor. RULE 4, RULES GOVERNING SECTION 2254 CASES IN THE UNITED STATES DISTRICT COURT. The addresses to be used are as follows:

Dexter Payne
Arkansas Division of Correction, Compliance Division
P.O. Box 20550
Whitehall, AR 71612

Tim Griffin
Office of the Attorney General
323 Center Street, Suite 200
Little Rock, AR 72207

**Respondent is ordered to Answer within thirty (30) days from the date of service.** Petitioner will have thirty (30) days to reply thereafter.

IT IS SO ORDERED this 3rd day of September 2026.

/s/ Christy Comstock
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE